May Term, 1839.

BROCKWAY v. DOE.

Thursday, May 23.

---

BROCKWAY and Another *v.* DOE, on the Demise of Nugent.— On appeal.

Thursday, May 23.

ON the 6th of *May,* 1829, *William Arnett* purchased of the *United States* certain real estate, and received for the

same the following certificate : "No. 8337. Receiver's office at *Crawfordsville*, *May* the 6th, 1829. Received of *William Arnett* of *Parke* county, *Ind.*, the sum of 100 dollars, being in full for the west half of the north east quarter of section 30, township 17 north, range 8 west, containing eighty acres, at the rate of one dollar and twenty-five cents per acre.—*A. Whitlock*, Receiver."

The purchaser, *Arnett*, made his will *on the 8th of September*, 1830, and devised the said land to *Betsy Nugent*, his sister. *On the first of November*, 1830, a patent for the land issued to said *Arnett*, in whom the title and possession of the land remained until his death *in the summer of* 1831.

*Held*, 1. That the testator's interest in the premises, at the date of the will, was devisable. *Roe* v. *Jones*, 1 H. Bl. 30.—*Jones* v. *Roe*, 3 T. R. 88.—1 Chitt. G. P. 355.—*M'-Kinnon* v. *Thompson*, 3 Johns. C. R. 307.—*Livingston* v. *Newkirk*, Id. 312.—*Darris's Case*, 3 Salk. 85.—*Doe* v. *Pott*, Doug. 710.—*Jackson* v. *Varick*, 7 Cowen, 238.

*Held*, 2. That in this case, the legal title to the premises passed by the will to the devisee, and that an action of ejectment for them might be sustained by her lessee. *Selwyn* v. *Selwyn*, 2 Burr. 1131.—*Roe* v. *Griffits*, 4 Burr. 1952.—1 Roll. Abr. 616. pl. 3.—*Brydges* v. *The Duchess of Chandos*, 2 Ves. jun. 417.—*Lessee of Smith* v. *Jones*, 4 Ohio R. 115.—*Gist's Heirs* v. *Robinet*, 3 Bibb, 2.